IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Congaree B Jenkins
[Enter the full name of the plaintiff in this action]

Civil Action No. _____
(to be assigned by Clerk)

v.

Sheriff - Al Cannon
Jail Admin - Mitch P. Lucus
Major - Hardgrove
Captain - Gathers
Captain - Keys

Enter above the full name(s) of defendant(s) in this action

COMPLAINT
Federal Prisoner

RECEIVED
USDC CLERK, COLUMBIA, SC
2009 FEB -3 P 12: 35

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes _____  No ✓

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

   Plaintiff: N/A

   Defendant(s): N/A

2. Court: N/A
   (If federal court, name the district; if state court, name the county)

3. Docket Number: N/A

4. Name(s) of Judge(s) to whom case was assigned: N/A

5. Disposition: N/A
   (For example, was the case dismissed? Appealed? Pending?)

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: **Charleston County**

B. What are the issues that you are attempting to litigate in the above-captioned case? **Sleeping on the Floor! At C.C.D.C.**

C. (1) Is there a prisoner grievance procedure in this institution? Yes_____ No ✓ **I sent a Request**

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes_____ No_____

When_____ Grievance Number (if available)_____

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes_____ No ✓

E. When was the final agency/departmental/institutional answer or determination received by you? **N/A**

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ✓ No_____

G. If your answer is YES:

1. What steps did you take? **Wrote a request**
2. What was the result? **Nothing**

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: **Congaree B. Jenkins**    Inmate No.: **21130**
   Address: **C.C.D.C. 3841 Leeds Ave. N. Charleston SC 29405**

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: **Al Cannon**    Position: ~~Sheriff~~ **Sheriff**
   Place of Employment: **C.C.D.C.**

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

**Mitch P. Lucas - Jail admin**
**Hardgrove - Major**
**Gathers - Captain**
**Key - Captain**

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

I Congaree B Jenkins got to C.C.D.C. unit 3F I was given a mat a told i would have to Sleep on the floor under a metal fixed Desk i could bailly move under the table where is a Stool also it's a Health, life a Safty problem i could n't excape the area. fast enough is Something happen with out hurting my Self or hitting my head on the Desk above, an Stool right in front of the Desk These Cell or four (4) man Cells the State added two (2) Extra with me as a Extra man which make 7 in one room or cell

IV. STATEMENT OF CLAIM - continued.

V.  RELIEF.

*State briefly and exactly what you want the court to do for you.*

I Congaree B. Jenkins
I asking for $50,000 for pain and suffing.
I would like to see over crowd stop for people wouldn't have to step on people just to get past them

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 29 day of January, 2009

Congaree B Jenkins
Signature of Plaintiff